IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-00098-F-1
No. 7:14-CV-00168-F

| | | |
|---|---|---|
| CARL RAY McNEIL, JR., | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Within twenty-five days, the Government is DIRECTED to address Carl Ray McNeil, Jr.'s Motion to Supplement [DE-55].

SO ORDERED.

This the 19th day of November, 2015.

James C. Fox
Senior United States District Judge